UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
THE PHOENIX INSURANCE COMPANY)
a/s/o Annette Defarias and Paul Defarias     )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )        Case No.:
                                             )
WILLIAM DELANGIS d/b/a American              )
Door, Window & Insulation,                   )
                                             )
        Defendant.                           )
_____)

**CORPORATE DISCLOSURE STATEMENT**

The filing party, a nongovernmental corporation, identifies the following parent

corporation and any publicly held corporation that owns 10% or more of its stock:

The Phoenix Insurance Company is an indirectly held, wholly-owned subsidiary of The

Travelers Companies, Inc., a publicly traded company.  The Travelers Companies, Inc. is the

only publicly traded company in the corporate family.


                        THE PHOENIX INSURANCE COMPANY
                        By its attorneys,


                              /s/ Mark Roder
                        Mark Roder (BBO#424270)
                        Law Offices of Steven B. Stein
                        Two Financial Center
                        60 South Street, Suite 1000
                        Boston, MA 02111
                        617-772-2815
                        mroder@travelers.com