**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**The Phoenix Insurance Company**
                        **Plaintiff,**


        v.                                              **CIVIL ACTION 1:14-10698-GAO**


        **William Delangis,**
                        **Defendant.**


**JUDGMENT OF DISMISSAL**

    **O'Toole    D.J.**


    In accordance with the Court's Order (dkt. no. 15)  dated 3/13/2015,  adopting the

Magistrate Judge's Report and Recommendations (dkt. no. 13) granting the Defendant's

Motion to Dismiss (dkt. no. 8),  it is hereby ORDERED that the above-entitled action be and

hereby is DISMISSED WITHOUT PREJUDICE.


    **3/16/2015**                                              **By the Court,**
        **Date**


                                                          **/s/Christopher Danieli**
                                                          **Deputy Clerk**